IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **REEF ENTERPRISES,** *a Mississippi Corporation doing business as Jordan River Steamer* | **PLAINTIFF** |
| v. | Civil No. 1:16cv22-HSO-JCG |
| **WRIGHT NATIONAL FLOOD INSURANCE COMPANY,** *formerly known as Fidelity National Indemnity Insurance Company, a Texas Corporation* | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion [15] for Summary Judgment filed by Defendant Wright National Flood Insurance Company, formerly known as Fidelity National Indemnity Insurance Company, a Texas Corporation. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE